John Milton GEARHEART, Appellant,

v.

Clarence HOFFMAN et al., Appellees.

Court of Appeals of Kentucky.

March 15, 1974.

Kelley Asbury, Catlettsburg, William J. Curry, Ironton, Ohio, for appellant.

Charles M. Daniels, Frank K. Warnock, J. D. Atkinson, Sr., Greenup, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

Clovis LONG, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 22, 1974.

A. M. Wilhoit, Public Defender, J. Vincent Aprile II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice PALMORE, Affirming.*

Martha Lawrence VINCENT (now Stewart), Appellant,

v.

Leroy O. VINCENT, Appellee.

Court of Appeals of Kentucky.

March 22, 1974.

Stuart L. Lyon, Louisville, for appellant.

John W. Fleck, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

LAWSON'S ROOFING COMPANY, a Kentucky corporation, Appellant,

v.

Jon MUDGETT and Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

March 22, 1974.

Thomas E. Harris, Fowler, Rouse, Measle & Bell, Lexington, for appellant.

J. Marshall Hughes, White & Hughes, Bowling Green, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

* Opinion ordered not to be published.